UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN LUCERO, JR.,

   Plaintiff,

  v.

JOHN ETTARE, et al.,

   Defendants.

Case No. 15-cv-02654-KAW

**ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 27

On January 28, 2016, the parties filed a proposed stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

**IT IS SO ORDERED.**

Dated: 02/03/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge