Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff JUAN LUCERO, JR.

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JUAN LUCERO, JR.,<br>    *Plaintiff*,<br>v.<br><br>JOHN ETTARE, BADGE NO. 156; JOHN DOE and RICHARD ROE, individually and in their capacities as Berkeley police officers, the true names and exact numbers of whom are unknown at this time; CITY OF BERKELEY; DOES 1 to 100,<br>    *Defendants*. | No. 15-cv-02654-KAW<br><br>STIPULATION AND [PROPOSED] ORDER RE SERVICE AND TIME TO ANSWER COMPLAINT BY DEFENDANT KYLE HOWE |

On 12 January 2016 this Court issued its order substituting Kyle Howe as a defendant in this matter, and on 1 February 2016 this Court issued an Amended Summons. Upon meeting and conferring, counsel for defendants represented that she is authorized to accept service for Mr. Howe. Upon further meeting and conferring,

**IT IS STIPULATED** that defendant CSO Kyle Howe be deemed served with the Amended Summons and the complaint in this matter, and that defendant Mr. Howe shall have until

//

//

29 February 2016 in which to file his responsive pleading with this Court.

Dated: 10 February 2016

/s/ Lynne S. Bourgault
_____
Lynne S. Bourgault
Attorney for Defendants

Dated: 10 February 2016

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that

1. Defendant CSO Kyle Howe is deemed served with the Amended Summons and complaint in this matter; and,

2. Defendant CSO Kyle Howe shall serve his responsive pleading no later than 29 February 2016.

Dated: _____

_____
United States Magistrate Judge

Stipulation and [Proposed] Order                                                            Page 2