1  Anthony Boskovich, No. 121198
   policemisconduct@compuserve.com
2  Law Offices of Anthony Boskovich
   28 N. First Street, 6th Floor
3  San Jose, California 95113-1210

4  408-286-5150

5  Attorney for plaintiff JUAN LUCERO, JR.

6

7

8  **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11

12  JUAN LUCERO, JR.,                                )
                *Plaintiff*,                        )   No. 15-cv-02654-KAW
13  v.                                              )
                                                    )   STIPULATION AND
14  JOHN ETTARE, BADGE NO. 156; JOHN                )   [PROPOSED] ORDER RE
    DOE and RICHARD ROE, individually and in        )   SERVICE AND TIME TO
15  their capacities as Berkeley police officers, the true )   ANSWER COMPLAINT BY
    names and exact numbers of whom are unknown     )   DEFENDANT KYLE HOWE
16  at this time; CITY OF BERKELEY; DOES 1 to       )
    100,                                            )
17                  *Defendants*.                   )
    _____)
18

19

20     On 12 January 2016 this Court issued its order substituting Kyle Howe as a defendant in this

21  matter, and on 1 February 2016 this Court issued an Amended Summons.  Upon meeting and

22  conferring, counsel for defendants represented that she is authorized to accept service for Mr. Howe.

23  Upon further meeting and conferring,

24     **IT IS STIPULATED** that defendant CSO Kyle Howe be deemed served with the Amended

25  Summons and the complaint in this matter, and that defendant Mr. Howe shall have until

26  //

27  //

28  Stipulation and [Proposed] Order                                                              Page 1

29 February 2016 in which to file his responsive pleading with this Court.

Dated: 10 February 2016

/s/ Lynne S. Bourgault
_____
Lynne S. Bourgault
Attorney for Defendants

Dated: 10 February 2016

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that

1. Defendant CSO Kyle Howe is deemed served with the Amended Summons and complaint in this matter; and,

2. Defendant CSO Kyle Howe shall serve his responsive pleading no later than 29 February 2016.

Dated: 2/12/16

_____
Kandis Westmore
United States Magistrate Judge

Stipulation and [Proposed] Order                                              Page 2