ZACH COWAN, City Attorney, SBN 96372
LYNNE S. BOURGAULT, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
lbourgault@ci.berkeley.ca.us

Attorneys for Defendants City of Berkeley and John Ettare

ANTHONY BOSKOVICH
LAW OFFICES ANTHONY BOSKOVICH
28 N. First Street, 6th Floor
San Jose, CA 95113-1210
policemisconduct@compuserve.com

Attorneys for Plaintiff Juan Lucero, Jr.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUCERO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, JOHN ETTARE, ET AL.,<br><br>    Defendants. | No. 4:15-cv-02654-KAW<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

WHEREAS, the Court's Order dated January 12, 2016, scheduled a Case Management Conference for April 12, 2016 at 1:30 p.m., and pursuant to this Court's Standing Order, the Joint Case Management Statement would be due on April 5, 2016;

WHEREAS, counsel for defendants has a scheduling conflict on April 12, 2016 due to a prior commitment;

1   THEREFORE, it is hereby stipulated and agreed between Plaintiff and Defendants
2   through their respective counsel listed below, subject to the approval of the Court that:

3   1. The Case Management Conference currently scheduled for April 12, 2016 at 1:30
4      p.m. shall be re-scheduled for April 19, 2016 at 1:30 p.m.
5   2. The parties will file their Joint Case Management Statement on or before April
6      12, 2016.

7   **IT IS SO STIPULATED**

8   Respectfully submitted:

9   Dated:  March 4, 2016          ZACH COWAN, City Attorney
                                   LYNNE BOURGAULT, Deputy City Attorney
10
                                   By:         /s/
11                                    LYNNE S. BOURGAULT
                                      Attorneys for Defendants
12

13  Dated:  March 4, 2016          ANTHONY BOSKOVICH, Law Offices of Anthony
                                   Boskovich
14
                                   By:         /s/
15                                    ANTHONY BOSKOVICH
                                      Attorney for Plaintiff
16

17

18

19
                                **ORDER**
20
    Pursuant to the parties' stipulation, **IT IS ORDERED**.
21

22

23

24  Dated:  3/7   , 2016                 _Kandis Westmore_____
                                         Magistrate Judge Kandis A. Westmore
25

26

27

28

2

STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE
No.  4:15-cv-02654-KAW